# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA STINNETT,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC, AND DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-09895-WLH-RAO<br><br>**ORDER RE DISMISSAL OF ACTION** |

Having considered the parties' Stipulation to Dismiss (the "Stipulation") (Dkt. No. 33), the Court **DISMISSES** the action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: 11/14/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE